

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00787-CV

Leticia R. **ALVAREZ**,
Appellant

v.

Reymundo **ALVAREZ**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-12-340
Honorable Romero Molina, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and this cause is REMANDED to the trial court for further proceedings consistent with this court's opinion.

It is ORDERED that appellant Leticia R. Alvarez recover her costs of this appeal from appellee Reymundo Alvarez.

SIGNED April 29, 2015.

_____
Marialyn Barnard, Justice